UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CURTIS BRENT GREGORY                         CIVIL ACTION

VERSUS                                       NO: 10-4256

T & C MARINE, LLC                            SECTION: "A" (4)

**ORDER AND REASONS**

Before the Court is a **Motion for Summary Judgment (Rec. Doc. 11)** filed by defendant T & C Marine, LLC.  Plaintiff Curtis Brent Gregory has filed a formal response to the motion.  The motion, set for hearing on June 8, 2011, is before the Court on the briefs without oral argument.[1]

This is a seaman's personal injury lawsuit which includes a claim for maintenance and cure.  Defendant moves for partial summary judgment as to the maintenance and cure claim relying on McCorpen v. Central Gulf Steamship Corp., 396 F.2d 547 (5th Cir. 1968).

Plaintiff has responded to the motion.  In light of the motion for summary judgment as to maintenance and cure, Plaintiff withdraws his claims for maintenance and cure and will proceed solely as to his other claims, including the Jones Act claim.  According to Plaintiff, the motion for summary judgment is now moot.

_____

[1] Mover has requested oral argument but the Court is not persuaded that oral argument would be helpful.

Defendant has filed a reply and disputes whether its motion is moot.  Defendant urges the Court to dismiss the maintenance and cure claim with prejudice.

Plaintiff does not expressly suggest that he is entitled to withdraw the maintenance and cure claim without prejudice although his word choice of "withdraw" is rather equivocal.  As the Court appreciates Plaintiff's position, Plaintiff will forego the maintenance and cure claim in order to pursue his other remedies but he does not want his Jones Act claim to be adversely affected by the disposition of the maintenance and cure motion.

Plaintiff will be allowed to "withdraw" the maintenance and cure claim but it will be with prejudice to his right to pursue the claim at a later date.  In other words, the Court is dismissing the maintenance and cure claim with prejudice.  However, the dismissal will <u>not</u> affect Plaintiff's other claims.  Based on the foregoing, Defendant's motion is now moot.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that Plaintiff's claim for maintenance and cure is **DISMISSED** with prejudice;

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 11)** filed by defendant T & C Marine, LLC. is **DENIED AS MOOT.**

June 8, 2011

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2